IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action: 21-cv-02507-CNS-MDB | Date: February 10, 2023 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DANIEL LINGLE<br>**Plaintiff**<br><br>v.<br><br>SUN MOUNTAIN RETREAT LLC<br>SUN MOUNTAIN RETREAT I LLC<br>FAMILY ACCOUNTS LLC<br>MAGISTRELLI FAMILY REVOCABLE LIVING TRUST<br>WILDERNESS HEIGHTS PROPERTY OWNERS' ASSOCIATION INC<br>HIGH WINDS INC<br>KAREN RAE MAGISTRELLI<br>ROBERT MAGISTRELLI<br>**Defendants** | *Christopher Anderson*<br>*Penn Dodson*<br><br><br><br>*Michael Kuhn* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 9:00 a.m.

Appearance of counsel. Also present on behalf of the plaintiff is Mary Beth Melso. Defendants Karen and Robert Magistrelli present.

Argument as to [49] Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R.Civ.P.12(B)(6) given by Mr. Kuhn and Mr. Anderson with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[49] Defendants' Partial Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed.R.Civ.P.12(B)(6) is DENIED.**

**Parties are to contact Magistrate Judge Dominguez Braswell within ten (10) days to set a scheduling conference.**

Court in Recess:  9:32 a.m.          Hearing concluded.          Total time in Court:  00:32